UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                PLAINTIFF

VS.                                             CRIMINAL ACTION NO. 3:11CR-116-CRS

DANIEL FRAKES                                                          DEFENDANT

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The United States was represented by Mac Shannon, Assistant United States Attorney. The hearing was recorded by Dena Legg, Official Court Reporter. The defendant, Daniel Frakes, by consent with Stephen H. Miller, CJA appointed counsel, appeared in open court on March 8, 2012, and entered pleas of guilty as to Counts 1 and 2 of the Indictment pursuant to a Rule 11(c)(1)(B) plea agreement. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty pleas were knowledgeable and voluntary as to Counts 1 and 2 of the Indictment, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses. Therefore, the undersigned recommends that the pleas of guilty be accepted, and that the defendant be adjudged guilty as to Counts 1 and 2 in the Indictment and have sentence imposed accordingly.

Sentencing will be set for **Friday, May 25, 2012 at 1:30 p.m.** before the Honorable Charles R. Simpson, III, United States District Court Judge.

The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.

**IT IS HEREBY ORDERED** that the defendant shall **remain** under the terms of his present bond with the following additional condition:

**The defendant is placed on a curfew and is restricted to his residence from 9:00 p.m. until 7:00 a.m. The defendant's supervising officer is allowed to modify the time frame of the curfew on a pre-approved basis according to the defendant's work schedule.**

Copies to:
United States Attorney
Counsel for Defendant
United States Probation

25